■ STEIN STORES, INC., Respondent, v. RED STAR EXPRESS LINES OF AUBURN, INC., Appellant.— Order entered on August 25, 1960, granting plain-

tiff's motion for summary judgment and directing an assessment as to damages, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.